1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS E. STUART, JOSE L. FELIX, and A.F.<br>      Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE, TARA CORONEL, TAMARA CORONEL, WARREN PAUL, and DOES 1 THROUGH 10,<br>      Defendants. | CASE NO. 5:22-CV-0701-SPG (MAR)<br><br>ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER |

    This matter before the Court on the parties' Joint Motion to Amend Scheduling Order. On August 23, 2023, Plaintiffs filed a Joint Motion to Amend the Scheduling Order, seeking to extend the deadlines initially set. Defendant Riverside County and Defendant Coronel pro se jointly moved with the Plaintiff and the amended scheduling order was reached with the agreement of all parties.

    Given the good cause shown by all parties, the Court **GRANTS** the parties' motion. The scheduling order shall be amended as follows:

-1-

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Closes | August 31, 2023 | October 30, 2023 |
| Initial Expert Disclosure | September 11, 2023 | November 10, 2023 |
| Rebuttal Expert Disclosure | September 25, 2023 | November 24, 2023 |
| Expert Discovery Closes | October 20, 2023 | December 8, 2023 |
| Last Date to Hear Motions | November 15, 2023 | January 17, 2024 |
| Last Date to Hear Daubert Motions | November 15, 2023 | January 17, 2024 |
| Deadline to Complete Settlement Conference | October 31, 2023 | December 29, 2023 |
| First Round of Trial Filings | December 20, 2023 | February 19, 2024 |
| Second Round of Trial Filings | January 3, 2024 | March 4, 2024 |
| Jury Trial | February 6, 2024 | April 30, 2024 at 8:30 a.m. |
| Final Pretrial Conference | January 17, 2024 | March 20, 2024 at 3:00 p.m. |

IT IS SO ORDERED.

Dated: August 25, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE