FILED

2023 NOV 21  AM 9: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

Tara Coronel
1967 Carroll Dr.
San Jacinto CA 92583

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. STUART,<br><br>JOSE L. FELIX,<br><br>AND A.F.<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF RIVERSIDE,<br><br>TARA CORONEL, WARREN PAUL, TAMARA CORONEL AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: 5:22-CV-0701-SPG (MAR)<br><br>) DEFENDANT, TARA CORONEL'S<br>) RESPONSE<br>)<br>)<br>)<br>) COMPLAINT FILED 4/25/22 |

## DEFENDANT TARA CORONEL'S RESPONSE

Defendant, TARA CORONEL, on behalf of herself and no others, responds as follows:

Responding to declaration of Michael Ciaramitaro's stating the ESI established that defendant Coronel failed to preserve, and deleted evidence related to this case. Defendant Coronel responds that she stated in her deposition dated November 29, 2022, that she no longer had access to the device/cell phone or the same cell phone provider prior to being notified of a lawsuit in August of 2022, over a year after the incident mentioned in the lawsuit. There was no way Defendant Coronel would have known a lawsuit was to take place in the future, to purposely delete evidence or to know to preserve. Furthermore, Defendant Coronel stated at the time of the deposition that she no longer had the message to the Instagram account Rose Bowl. Defendant Coronel provided access to all her personal information and did not have evidence deleted.

_Tara Coronel_____ /s/ Tara Coronel

1967 Carroll Dr.
San Jacinto, CA 92583
(951) 259-1615

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 16, 2023, a true and correct copy of the foregoing document was sent via electronic mail to:

DOUG SMITH, ESQ.
KAREN CAPASSO, ESQ.
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
951-509-1355
www.smitlaw.com
dsmith@smitlaw.com
kcapasso@smitlaw.com
jszalonek@smitlaw.com
*Attorney for Defendant County of Riverside*

Je Yon Jung

*Attorney for Planttifs*