Douglas C. Smith, Esq. (SBN 160013)
dsmith@smitlaw.com
Karen L. Capasso, Esq. (SBN 226655)
kcapasso@smitlaw.com
SMITH LAW OFFICES, LLP
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorney for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. STUART, JOSE L. FELIX, and A.F.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, SAYORI BALDWIN, BRIDGETTE HERNANDEZ, BRIANNA HALL TARA CORONEL, and DOES 1 THROUGH 10,<br><br>Defendants. | Case No.: 5:22-cv-00701-SPG (MARx)<br><br>**JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT DEADLINES AND JANUARY 17, 2024 HEARING DATE**<br><br>MSJ DATE:   1/17/24<br>TIME:            1:30 p.m.<br>CTRM.:          5C<br><br>*Complaint filed 4/25/22*<br>*First Amended Complaint filed 6/12/23* |

COME NOW Plaintiffs, THOMAS E. STUART, JOSE L. FELIX, and A.F., by and through their attorneys of record Je Yon Jung, Esq., and Defendant, COUNTY OF RIVERSIDE, by and through its attorneys Douglas C. Smith, Esq. and Karen L. Capasso, Esq., and hereby stipulate as follows:

      1.      The dispositive motion hearing cut-off in this case is currently January 17, 2024. Defendant County of Riverside ("County") and Plaintiffs are currently working on a Motion and Cross-Motion for Summary Judgment ("MSJ") to be heard that day. Defendant County provided Plaintiffs with its portions of the joint documents and is currently waiting for Plaintiffs to complete their portions. Plaintiffs

also have a separate Motion for Summary Judgment against Defendant Tara Coronel regarding their separate claims against her and are awaiting Defendant Coronel's portion of the Joint MSJ Brief.

2. Plaintiffs' counsel recently became ill and was unable to complete her portion of the joint Motion documents by the stipulated deadline, so Defendant County provided her with an extension of time to provide defense counsel with her portion of the joint motion until December 17, 2024. Pursuant to the Court's Standing Order re: Motions for Summary Judgment, Defendant County would then have to respond to Plaintiffs' Cross-Motion and file the Joint Motion on behalf of both parties by December 21, 2023.

3. Given the requirements of the Court's Standing Order for Motions for Summary Judgment (page 7, lines 2-13), all Reply Briefs must be filed at least 21 days prior to the hearing date, making them due by December 27, 2024 at latest for the January 17, 2024 hearing date. The same is true for Plaintiffs' Reply Brief on the Joint MSJ Brief with Defendant Coronel.

4. Defense counsel Karen Capasso's father is terminally ill with cancer and not doing well. Ms. Capasso would like to spend the upcoming holidays with her family and the current reply deadline would negatively impact her ability to do so.

5. In addition, Plaintiffs anticipate filing a Motion for Spoliation and Sanctions against Defendants County and Tara Coronel; as well as Daubert motions against Defendants County and Tara Coronel. Defendant County also plans to file Daubert motions. Under the Court's current Scheduling Order, the last day to hear any Motions is January 17, 2024. In addition, this date is no longer available on the Court's calendar. Based on the foregoing scheduling concerns over the holidays, the Parties also request that the last date to hear motions, including Daubert motions, also be extended to January 31, 2024.

///

6. For these reasons, we respectfully ask the Court to extend the dispositive motion cut-off date, the hearing date on all Motions for Summary Judgment, and the last hearing date for all other motions, by two weeks to January 31, 2024. This would make all reply briefing on the MSJs due by January 10, 2024. Additionally, this would require all other motions, including Daubert motions, to be filed by January 3, 2024; oppositions due by January 17, 2024; and replies due by January 24, 2024. No other changes to the scheduling order are requested at this time.

7. These family issues and personal illnesses only just emerged and neither side anticipated these complications at the time the briefing schedule was set.

SO STIPULATED.

DATED: December 15, 2023         SMITH LAW OFFICES, LLP

                                  By:   /s/ Douglas C. Smith
                                        Douglas C. Smith
                                        Karen L. Capasso
                                        Attorneys for Defendant
                                        COUNTY OF RIVERSIDE

DATED: December 15, 2018         MAY JUNG, LLP

                                  By:   /s/ Je Yon Jung
                                        Je Yon Jung
                                        Attorneys for Plaintiffs
                                        THOMAS E. STUART, JOSE L. FELIX,
                                        and A.F.

I herein certify in accordance with Local Rule 5.4.3.4. that all parties have concurred in the contents of the document and have authorized me to so file it.

DATED: December 15, 2023         SMITH LAW OFFICES, LLP

                                  By:   /s/ Douglas C. Smith
                                        Douglas C. Smith
                                        Karen L. Capasso
                                        Attorneys for Defendant
                                        COUNTY OF RIVERSIDE