UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. STUART, JOSE L. FELIX, and A.F.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF RIVERSIDE, SAYORI BALDWIN, BRIDGETTE HERNANDEZ, BRIANNA HALL TARA CORONEL, and DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00701-SPG (MARx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND MOTION DEADLINES AND JANUARY 17, 2024 HEARING DATE**<br><br>*Complaint filed 4/25/22*<br>*First Amended Complaint filed 6/12/23* |

On December 15, 2023, Defendant COUNTY OF RIVERSIDE and Plaintiffs THOMAS E. STUART, JOSE L. FELIX, and A.F. filed a Joint Stipulation to Continue Motion for Summary Judgment and Dispositive Motion Deadlines and January 17, 2024 Hearing Date. The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the requested relief, with modification, as follows:

　1.　The motion cut-off date, the hearing date on all Motions for Summary Judgment, and the last hearing date for all other motions are extended from January 17, 2024, to February 28, 2024.

2. The parties shall file a joint stipulation with the Court if further, corresponding, modifications to the remaining trial and pretrial dates are needed in light of the instant extension.

**IT IS SO ORDERED.**

Dated: December 20, 2023



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2

**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT AND MOTION DEADLINES AND JANUARY 17, 2024 HEARING DATE**