# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. STUART, JOSE L. FELIX, and A.F.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE, TARA CORONEL, TAMARA CORONEL, WARREN PAUL, and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 5:22-CV-0701-SPG (MAR)<br><br>**ORDER GRANTING STIUPLATED MOTION TO AMEND SCHEDULING ORDER** |

This matter is before the Court on the parties' Stipulated Motion to Amend Scheduling Order. (ECF No. 135). After the Court issued Orders on December 21 and December 26, 2023 extending certain filing deadlines (ECF Nos. 130, 134), per the Court's instructions, the parties filed a Stipulated Motion to Amend the Scheduling Order on January 4, 2024, seeking to extend the remaining deadlines. Defendant Riverside County and Defendant Coronel pro se jointly moved with the Plaintiff and the amended scheduling order was reached with the agreement of all parties.

Given the good cause shown by all parties, the Court **GRANTS** the parties' stipulated motion. The scheduling order shall be amended as follows:

| Event | Original Deadline | Previous Deadline (08/25/2023 Order) | Amended Deadlines |
|---|---|---|---|
| **Last Date to Hear Motions** | November 15, 2023 | January 17, 2024 | February 14, 2024 |
| *Due date to File/Refile Motions | October 18, 2023 | December 20, 2023 | January 17, 2024 |
| *Due date to File oppositions | October 25, 2023 | December 27, 2023 | January 24, 2024 |
| *Due date to file Reply | November 1, 2023 | January 3, 2024 | January 31, 2024 |
| **Last Date to Hear Dispositive Motions-MSJ** | November 15, 2023 | January 17, 2024 | February 28, 2024 |
| *Due date to File/Refile Joint Briefs | October 4, 2023 | December 20, 2023 | January 31, 2024 |
| *Due Date to File Reply | October 11, 2023 | December 27, 2023 | February 7, 2024 |
| **Deadline to Complete Settlement Conference** | October 31, 2023 | December 29, 2023 | N/A (Conference completed December 12, 2023) |
| **First Round of Trial Filings** | December 20, 2023 | February 19, 2024 | April 8, 2024 |
| **Second Round of Trial Filings** | January 3, 2024 | March 4, 2024 | April 21, 2024 |
| **Jury Trial** | February 6, 2024 | April 30, 2024 at 8:30 am | June 18, 2024 at 8:30 a.m. |
| **Final Pretrial Conference** | January 17, 2024 | March 20, 2024 at 3:00 pm | May 29, 2024 at 3:00 p.m. |

IT IS SO ORDERED.

DATED: January 16, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-