FILED
CLERK, U.S. DISTRICT COURT

June 25, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PG___ DEPUTY

**REDACTED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. STUART, JOSE L. FELIX, AND A.F., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE AND TARA CORONEL, <br><br> Defendants. | Case No. 5:22-cv-00701-SPG (MARx) <br><br> **VERDICT FORM** |

# VERDICT FORM

We, the jury in the above-entitled matter, hereby answer the following questions submitted to us by the Court as follows:

QUESTION NO. 1

Do you find that Tara Coronel was acting in the scope of her employment with Riverside County when she violated Plaintiffs' state constitutionally protected right to privacy?

[Please indicate your finding with regard to each Plaintiff by marking the appropriate answer below.]

    a. Thomas Stuart   __ YES  ✓ NO

    b. Jose Felix        __ YES  ✓ NO

    c. Anthony Felix   __ YES  ✓ NO

QUESTION NO. 2

Do you find that Tara Coronel was acting in the scope of her employment with Riverside County when she negligently harmed Plaintiff(s)?

[Please indicate your finding with regard to each Plaintiff by marking the appropriate answer below.]

    a. Thomas Stuart   __ YES  ✓ NO

    b. Jose Felix        __ YES  ✓ NO

    c. Anthony Felix   __ YES  ✓ NO

QUESTION NO. 3

Do you find that Riverside County violated Plaintiffs' California Constitutional right to privacy?

[Please indicate your finding with regard to each Plaintiff by marking the appropriate answer below.]

    a. Thomas Stuart   __ YES  ✓ NO
    b. Jose Felix         __ YES  ✓ NO
    c. Anthony Felix   __ YES  ✓ NO

If you answered YES to Question No. 3 for any of the Plaintiffs, please go to Question No. 4 and answer it only as to those Plaintiff(s). If you answered NO to Question No. 3 as to all Plaintiffs, please skip Question No. 4 and go to Question No. 6.

QUESTION NO. 4

Do you find that Riverside County's violation of Plaintiff's California Constitutional right to privacy was a substantial factor in causing Plaintiffs' harm?

[Please indicate your finding only as to the Plaintiff(s) you marked YES in Question 3.]

    a. Thomas Stuart   __ YES __ NO
    b. Jose Felix         __ YES __ NO
    c. Anthony Felix   __ YES __ NO

QUESTION NO. 5

"Total combined fault" includes all forms of fault that you and the Court found were a substantial factor in causing each individual Plaintiff's harm. Assume that 100% represents the total combined fault that proximately caused each individual Plaintiff's harm.

    a. As to Plaintiff Thomas Stuart's harm, what percentage of the total combined fault is attributable to each of the following persons? Your total must equal 100%.

        i. Defendant Tara Coronel: _____%

        ii. Defendant Riverside County: _____%

    b. As to Plaintiff Jose Felix's harm, what percentage of the total combined fault is attributable to each of the following persons? Your total must equal 100%.

        i. Defendant Tara Coronel: _____%

        ii. Defendant Riverside County: _____%

    c. As to Plaintiff Anthony Felix's harm, what percentage of the total combined fault is attributable to each of the following persons? Your total must equal 100%.

        i. Defendant Tara Coronel: _____%

        ii. Defendant Riverside County: _____%

# DAMAGES VERDICT

WE THE JURY IN THE ABOVE-ENTITLED CASE FIND AS FOLLOWS:

QUESTION NO. 6

Do you find by preponderance of the evidence that the Plaintiff(s) have proven damages for pain and suffering, inconvenience, emotional distress, loss of society and companionship, injury to reputation, loss of enjoyment of life, and/or humiliation?

[Please indicate your finding with regard to each Plaintiff by marking the appropriate answer below.]

    a. Thomas Stuart    ✓ YES    __ NO
    b. Jose Felix        ✓ YES    __ NO
    c. Anthony Felix    ✓ YES    __ NO

If you answered YES to Question No. 6 for any of the Plaintiffs, please proceed to Question No. 7 and answer it as to those Plaintiff(s). If you answered NO to Question No. 6 for all of the listed Plaintiffs, please go to the end of the form and follow the instructions about signing and dating the form.

QUESTION NO. 7

How much money should Plaintiffs be awarded as damages for past, present, and future harm caused to them in this case?

[Please indicate your finding only as to the Plaintiff(s) you marked YES in Question No. 6.]

    a. Thomas Stuart  $ 25,000

    b. Jose Felix  $ 25,000

    c. Anthony Felix  $ 100,000

**SO SAY WE ALL.**

DATED: 6 / 25 / 2024    REDACTED BY THE COURT

[Please have your foreperson sign and date this verdict form. Send a note out to the Courtroom Deputy Clerk stating that "The jury has reached a verdict." Place this verdict form in the special folder provided to you and have your foreperson bring it with you when you are summoned into Court.]